

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2013

No. 04-09-00457-CR

Fred **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CR-8161
Honorable Sid L. Harle, Judge Presiding

## O R D E R

The Pro Se motion for requesting documents from Appointed Counsel two days after July 20, 2009 is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court